# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| DANIEL NELSON, ) | |
| Plaintiff, ) | |
| v. ) | Civil No. 3:17-cv-01270 |
| ) | Judge Trauger |
| TONY PARKER, ET AL., ) | |
| Defendants. ) | |

## O R D E R

On June 11, 2018, the magistrate judge issued a Report and Recommendation (DE #9), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED without prejudice pursuant to Rules 4(m) and 41(b) of the Federal Rules of Civil Procedure.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 5th day of July 2018.

_____
ALETA A. TRAUGER
U.S. District Judge